CLERK, U.S. DISTRICT COURT
NOV 22 2017
CENTRAL DISTRICT OF CA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Lea Jean Pyle,<br>　　　　　　　Defendant. | Case No.: CR 16-00505-SJO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District/California** for alleged violation(s) of the terms and conditions of his/**her** [probation] **(supervised release)**; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **no known bail resources, no place to reside, apparent**

ongoing substance abuse, possible mental-health issues, prior SR revocation, allegations of Petition involve unreported contact with police and failures to appear

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____
_____
_____
_____


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/22/2017

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE